ACCEPTED
01-14-00907-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/12/2015 5:34:47 PM
CHRISTOPHER PRIN
CLERK

## NO. 01-14-00907-CV

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/12/2015 5:34:47 PM
CHRISTOPHER A. PRINE
Clerk

_____

**CRUM & FORSTER SPECIALTY INSURANCE COMPANY,**
**Appellant**

**vs.**

**CREEKSTONE BUILDERS, INC. et. al.,**
**Appellees**

_____

On Appeal from the 215th Judicial District Court of Harris County, Texas
Trial Court Case No. 2014-29616, Honorable Elaine Palmer, Presiding

---

### APPELLEES' UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

---

**TO THE HONORABLE FIRST COURT OF APPEALS:**

Appellees Creekstone Builders, Inc., Nashville Creekstone, LLC, Steven Keller, Everett Jackson and Creekstone SC I, LLC (collectively referred to as "Appellees") file this Unopposed First Motion for Extension of Time to File Appellee's Brief and would respectfully show:

1. This Motion seeks a thirty (30) day extension of time to file Appellee's Brief. The current deadline to file Appellee's Brief is February 16,

CJAMES\001630\00065\1334041.1

2015. Thus, Appellee seeks an extended deadline to March 18, 2015. *See* Tex. R. App. P. 38.6(d); 10.1, 10.3 and 10.5(b).

2. This is Appellee's first request for an extension of time to file their Brief.

3. Counsel for Appellees has conferred with counsel for Appellant, and counsel for Appellant is not opposed to this Motion for Extension of Time to File Appellee's Brief.

4. Appellee's respectfully request an extension of time because it is necessary to ensure their Brief is adequately prepared. Appellant had previously been granted a thirty (30) day extension to file their Brief by agreement of the parties and order of this Court, and thus is agreeable to reciprocating to Appellees.

5. Appellees have been diligent in connection with this appeal and have not caused any delay. Appellees submit that this requested extension is reasonable.

For these reasons, Appellees respectfully request that the Court grant this Motion and extend the deadline to file Appellee's Brief for a period of thirty (30) days until March 18, 2015, and grant any other relief to which it is justly entitled.

Respectively submitted,

**BOYARMILLER, PC**

By: /s/ Chris T. James
Matthew S. Veech
State Bar No. 24000372
Chris T. James
State Bar No. 24069987
Boyar Miller
4265 San Felipe Road, Suite 1200
Houston, Texas 77027
(713) 850-7766 Telephone
(713) 552-1758 Facsimile

Justin Lucey
South Carolina Bar No. 15438
Justin O'Toole Lucey, P.A.
415 Mill Street
Mt. Pleasant, SC 29464
(843) 849-8400 Telephone
(843) 849-8406 Facsimile
Admitted *Pro Hac Vice*

CJAMES\001630\00065\1334041.1

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Appellee's Unopposed First Motion for Extension of Time to File Appellee's Brief was served on the following counsel for the Appellant pursuant to the Texas Rules of Appellate Procedure on this 12th day of February, 2015.

Brian S. Martin
Rodrigo "Diego" Garcia
Christopher H. Avery
Thompson, Coe, Cousins & Irons, LLP
One Riverway, Suite 1400
Houston, TX 77056
(713) 403-8210 Telephone
(713) 403-8299 Facsimile

/s/ Chris T. James_____
Chris T. James

# CERTIFICATE OF CONFERENCE

Counsel for Appellees conferred with counsel for Appellant on February 12, 2015 regarding the relief requested in this Motion and Counsel for Appellant is not opposed to this Motion.


/s/ Chris T. James_____
Chris T. James

CJAMES\001630\00065\1334041.1